DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3911
Facsimile:     (415) 554-3837
E-Mail:        meredith.osborn@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
CHIEF HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOB KAUFMAN, | Case No. CV 08-3755 EDL |
|---|---|
| Plaintiff, | DEFENDANT CITY AND COUNTY OF SAN FRANCISCO AND CHIEF HEATHER FONG'S NOTICE OF JOINDER AND JOINDER IN REMOVAL OF ACTION TO FEDERAL COURT |
| vs. | |
| CITY OF SAN FRANCISCO; HEATHER FONG, in her official capacity as Police Chief of the City of San Francisco; TEGSCO, LLC, a California Limited Liability Company, and DOES 1 through 20, | |
| Defendants. | |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

Please take notice that defendants City and County of San Francisco and Chief Heather Fong hereby join in the removal of this action to federal court by co-defendant Tegsco, LLC.

NTC OF JOINDER IN REMOVAL  - CASE NO. CV 08-3755 EDL      1                                 n:\lit\li2008\090065\00502312.doc

| | |
|---|---|
| 1 | Dated: August 11, 2008 |
| 2 | DENNIS J. HERRERA |
|   | City Attorney |
|   | JOANNE HOEPER |
| 3 | Chief Trial Attorney |
|   | MEREDITH B. OSBORN |
| 4 | Deputy City Attorney |

By:_____/s/_____
MEREDITH B. OSBORN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO AND
CHIEF HEATHER FONG

NTC OF JOINDER IN REMOVAL  - CASE NO. CV 08-3755 EDL

2

n:\lit\li2008\090065\00502312.doc

**PROOF OF SERVICE**

I, MARY MARTIN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On August 11, 2008, I served the following document(s):

**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO AND CHIEF HEATHER FONG'S NOTICE OF JOINDER IN REMOVAL OF ACTION TO FEDERAL COURT**

on the following persons at the locations specified:

Blaine Green, Esq.
Matthew P. Herrick, Esq.
PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA  94120-7880
Tel:  (415) 983-1000
Fax:  (415) 983-1200

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number (415) 554-3837 to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed August 11, 2008, at San Francisco, California.

/s/
MARY MARTIN