1  G. SCOTT EMBLIDGE, State Bar # 121613
   ANDREW E. SWEET, State Bar # 160870
2  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
3  San Francisco, California 94104
   Telephone:     (415) 362-3599
4  Facsimile:     (415) 362-2006

5

   Attorneys for Defendant
6  TEGSCO, LLC

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOB KAUFMAN,                          | Case No. CV 08-3755 EDL
12 |                                       |
   |        Plaintiff,                     | **[PROPOSED] ORDER GRANTING
13 |                                       | DEFENDANT TEGSCO, LLC's
   | vs.                                   | MOTION TO DISMISS [12(b)(6)]**
14 |                                       |
   | CITY OF SAN FRANCISCO; HEATHER        | Date:     September 16, 2008
15 | FONG, in her official capacity as Police | Time:     9:00 a.m.
   | Chief of the City of San Francisco,   | Dept:     E
16 | TEGSCO, LLC, a California Limited     | Judge:    Hon. Elizabeth D. Laporte
   | Liability Company; and DOES 1-20,
17 |
   |        Defendants.
18

RECEIVED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[PROPOSED] ORDER GRANTING MOTION TO DISMISS                    CASE NO. CV 08-3755 EDL

1

1. Defendant TEGSCO, LLC's filed a Motion to Dismiss the Complaint pursuant to Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

2. Based on the papers submitted by the parties and the arguments of counsel, the Court hereby GRANTS Defendant TEGSCO, LLC's Motion to Dismiss and orders that the Complaint against Defendant TEGSCO, LLC is hereby dismissed.

IT IS SO ORDERED.

Dated: _____, 2008.

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge