G. Scott Emblidge, State Bar No. 121613
Andrew E. Sweet, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 362-3591
Facsimile:   (415) 362-7332

Attorneys for Defendant



FILED

AUG  6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB KAUFMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO; HEATHER FONG, in her official capacity as Police Chief of the City of San Francisco, TEGSCO, LLC, a California Limited Liability Company; and DOES 1-20,<br><br>        Defendants. | Case No. CV 08 3755 EDL<br><br>**PROOF OF SERVICE BY MAIL** |

### PROOF OF SERVICE

I, Omar Lateef, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On August 6, 2008, I served the attached:

- **NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT TEGSCO, LLC'S MOTION TO DISMISS [12(B)(6)]**

- **[PROPOSED] ORDER GRANTING DEFENDANT TEGSCO, LLC'S MOTION TO DISMISS [12(B)(6)]**

Proof of Service                                1                           Case No. CV 08 3755 EDL

on the interested party(ies) named below:

| | |
|---|---|
| Blaine Green<br>Matthew P. Herrick<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street, P.O. Box 7880<br>San Francisco, CA 94120-7880 | Merideth Osborne<br>Office of the City Attorney<br>Fox Plaza<br>1390 Market Street, 6th Floor<br>San Francisco, CA 94102-5408 |

I served the attached document(s) in the manners indicated below:

☒ **BY MAIL:** I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone, Emblidge & Quadra, LLP, 220 Montgomery, Ste. 2100, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 6, 2008, at San Francisco, California.

_____
Omar Lateef