```
G. Scott Emblidge, State Bar No. 121613
Andrew E. Sweet, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 362-3591
Facsimile:   (415) 362-7332
```

Attorneys for Defendant

FILED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB KAUFMAN, | Case No. CV 08 3755 EDL |
| Plaintiff, | **PROOF OF SERVICE BY PERSONAL SERVICE** |
| v. | |
| CITY OF SAN FRANCISCO; HEATHER FONG, in her official capacity as Police Chief of the City of San Francisco, TEGSCO, LLC, a California Limited Liability Company; and DOES 1-20, | |
| Defendants. | |

## PROOF OF SERVICE

I, Omar Lateef, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On August 6, 2008, I served the attached:

- **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b)**

- **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

- **CIVIL COVER SHEET**

ORIGINAL

1  • **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

2

3  • **ECF REGISTRATION INFORMATION HANDOUT**

4  • **NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

5

6  on the interested party(ies) named below:

7

8

9  Blaine Green                                  Merideth Osborne
10 Matthew P. Herrick                            Office of the City Attorney
   Pillsbury Winthrop Shaw Pittman LLP           Fox Plaza
11 50 Fremont Street, P.O. Box 7880              1390 Market Street, 6th Floor
   San Francisco, CA 94120-7880                  San Francisco, CA 94102-5408
12

13

14 I served the attached document(s) in the manners indicated below:

15 ☒  **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the
16    office(s) of the addressee(s).

17

18    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
19
      Executed August 6, 2008, at San Francisco, California.
20

21

22    _____
                    Omar Lateef
23

24

25

26

27

28

Proof of Service                              2                      Case No. CV 08 3755 EDL