1  G. Scott Emblidge, State Bar No. 121613
   Andrew E. Sweet, State Bar No. 160870
2  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
3  San Francisco, California 94104
   Telephone:    (415) 362-3599
4  Facsimile:    (415) 362-2006

5  Attorneys for Defendant
   TEGSCO, LLC

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9
   BOB KAUFMAN,                          Case No. CV 08 3755 EDL
10
            Plaintiff,                    **PROOF OF SERVICE BY MAIL**
11
        v.
12
   CITY OF SAN FRANCISCO; HEATHER
13 FONG, in her official capacity as Police
   Chief of the City of San Francisco,
14 TEGSCO, LLC, a California Limited
   Liability Company; and DOES 1-20,
15
            Defendants.
16

17

18

19                          **PROOF OF SERVICE**

20     I, Omar Lateef, declare as follows:

21     I am a citizen of the United States, over the age of eighteen years and not a party to the
   within entitled action.
22
       On August 14, 2008, I served the attached:
23

24
        • **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**
25

26 on the interested party(ies) named below:

27

28

Proof of Service                       1                   Case No. CV 08 3755 EDL

| | |
|---|---|
| 1 | Matthew P. Herrick |
| | Pillsbury Winthrop Shaw Pittman LLP |
| 2 | 50 Fremont Street |
| | P.O. Box 7880 |
| 3 | San Francisco, CA 94120-7880 |
| 4 | |
| 5 | I served the attached document(s) in the manners indicated below: |
| 6 | ☒  **BY MAIL:** I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone, Emblidge & Quadra, LLP, 220 Montgomery, Ste. 2100, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 14, 2008, at San Francisco, California.

_____/s/_____

Omar Lateef

Proof of Service     2     Case No. CV 08 3755 EDL