UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOB KAUFMAN,

    Plaintiff,

v.

CITY OF SAN FRANCISCO, et al.,

    Defendants.

No. C08-3755 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 8/26/08

_____
Signature

Counsel for City and County of San Francisco
(Name or party or indicate "pro se")

2