1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BLAINE I. GREEN  #193028
2  MATTHEW P. HERRICK  #250288
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone:  (415) 983-1000
   Facsimile:  (415) 983-1200
5
   Attorneys for Plaintiff
6  BOB KAUFMAN

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11
   BOB KAUFMAN,                        )   Case No. CV 08-3755 EDL
12                                     )
              Plaintiff,                )
13                                     )   CONSENT TO PROCEED BEFORE A
       vs.                              )   UNITED STATES MAGISTRATE
14                                     )   JUDGE
   CITY OF SAN FRANCISCO, et al.,      )
15                                     )
              Defendants.              )
16                                     )
                                        )
17

18     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

20 undersigned party hereby voluntarily consents to have a United States Magistrate Judge

21 conduct any and all further proceedings in the case, including trial, and order the entry of

22 final judgment.  Appeal from the judgment shall be taken directly to the United States Court

23 of Appeals for the Ninth Circuit.

24 Dated:  August 26, 2008.          PILLSBURY WINTHROP SHAW PITTMAN LLP

25
                                    */s/ Blaine I. Green*
26                                  _____
                                    Blaine I. Green
27                                  Attorneys for Plaintiff
                                    BOB KAUFMAN
28

701239320v1