1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BLAINE I. GREEN  #193028
2  MATTHEW P. HERRICK  #250288
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone:  (415) 983-1000
   Facsimile:  (415) 983-1200
5
   Attorneys for Plaintiff
6  BOB KAUFMAN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12  BOB KAUFMAN,                )   Case No. CV 08-3755 EDL
                                )
13                Plaintiff,    )
                                )   STIPULATION TO CONTINUE
14       vs.                    )   HEARING OF, AND BRIEFING
                                )   DATES ON, DEFENDANTS'
15  CITY OF SAN FRANCISCO; HEATHER )   MOTIONS TO DISMISS;
    FONG, in her official capacity as Police )   [PROPOSED] ORDER
16  Chief of the City of San Francisco; TEGSCO, )
    LLC, a California Limited Liability )
17  Company; and DOES 1 through 20, )
                                )
18                Defendants.   )
                                )

19

20

21                          **RECITALS**

22       A.    On June 27, 2008, plaintiff Bob Kaufman ("Kaufman") filed a complaint in

23  the San Francisco Superior Court against the City of San Francisco and its Police Chief

24  Heather Fong (collectively, "City") for due process and civil rights violations arising from

25  the City's tow of Kaufman's vehicles.  In addition to due process and civil rights claims

26  against the City, the complaint includes a claim for conversion against Tegsco, LLC

27  ("Tegsco") as well as the City.

28

1  B.  On August 6, 2008, Tegsco removed the action to this Court.  On August 11, 2008, the City filed a notice of joinder in Tegsco's removal.

C.  On August 6, 2008 and August 11, 2008, respectively, Tegsco and the City separately filed motions to dismiss the Kaufman complaint (collectively, "Motions to Dismissal"), both noticed for hearing on September 16, 2008 at 9:00 a.m.

D.  On August 12, 2008, the Court issued a notice re-setting the hearing time on the Motions to Dismiss from 9:00 a.m. to 2:00 p.m. on September 16, 2008.

E.  Due to a pre-scheduled vacation, plaintiff's counsel requested a two-week continuance of the hearing and briefing dates on the Motions to Dismiss.  Tegsco and the City have granted plaintiff's request.

**STIPULATION**

Kaufman, the City and Tegsco, by their respective attorneys of record, hereby stipulate as follows and request the Court enter an order embodying their stipulation:

1.  The parties agree that the hearing date on the Motions to Dismiss shall be continued by two weeks, from September 16, 2008 at 2:00 p.m., to September 30, 2008 at 2:00 p.m.

2.  The briefing dates on the Motions to Dismiss shall be continued accordingly, so that Kaufman's opposition shall be due September 9, 2008, and any reply briefs due September 16, 2008.

Dated:  August 26, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Blaine I. Green*
Blaine I. Green
Attorneys for Plaintiff
BOB KAUFMAN

| | | |
|---|---|---|
| 1 | Dated:  August 26, 2008. | MOSCONE, EMBLIDGE, & QUADRA, LLP |
| 2 | | |
| 3 | | _/s/ Andrew E. Sweet_ |
| 4 | | Andrew E. Sweet<br>Attorneys for Defendant<br>TEGSCO, LLC |
| 5 | | |
| 6 | Dated:  August 26, 2008. | DENNIS J. HERRERA<br>City Attorney |
| 7 | | JOANNE HOEPER<br>Chief Trial Attorney |
| 8 | | MEREDITH B. OSBORN<br>Deputy City Attorney |
| 9 | | |
| 10 | | |
| 11 | | _/s/ Meredith B. Osborn_<br>Meredith B. Osborn |
| 12 | | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO<br>AND CHIEF HEATHER FONG |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**[~~PROPOSED~~] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The hearing date on the Motions to Dismiss shall be continued by two weeks, from September 16, 2008 at 2:00 p.m., to September 30, 2008 at 2:00 p.m.

2. Plaintiff's opposition to Motions to Dismiss shall be due September 9, 2008, and any reply briefs due September 16, 2008.

Dated: August 27, 2008.

_____
United States Judge Elizabeth D. Laporte

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA