1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BLAINE I. GREEN (CA SBN 193028)
2  blaine.green@pillsburylaw.com
   ROBERT J. NOLAN (CA SBN 235738)
3  robert.nolan@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Plaintiff
7  BOB KAUFMAN

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  BOB KAUFMAN,                    )  Case No. CV 08-3755 EDL
                                    )
13                     Plaintiff,   )  **JOINT STIPULATED REQUEST TO**
                                    )  **CONTINUE CASE MANAGEMENT**
14       vs.                        )  **CONFERENCE AND** ~~**PROPOSED**~~
                                    )  **ORDER**
15  CITY AND COUNTY OF SAN          )
    FRANCISCO, et al.,              )
16                                  )
                       Defendants.  )
17                                  )

18

19

20

21

22

23

24

25

26

27

28

701447742v1                         - 1 -                    Case No. CV 08-3755 EDL
          STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

1    IT IS HEREBY STIPULATED by and between the parties to this action, through
2    their counsel of record, that in light of current settlement discussions before the Honorable
3    James Larson, the case management conference scheduled for March 17, 2009 should be
4    rescheduled, and the parties hereby request that the case management conference be
5    continued for thirty days.

6    Dated: March 10, 2009

7    PILLSBURY WINTHROP SHAW PITTMAN LLP
    BLAINE I. GREEN
8    ROBERT J. NOLAN

9    By: /s/
    Robert J. Nolan
10   Attorneys for Plaintiff BOB KAUFMAN

11   Dated: March 10, 2009

12   MOSCONE, EMBLIDGE & QUADRA, LLP
    G. SCOTT EMBLIDGE
13   ANDREW E. SWEET

14   By: /s/
    Andrew E. Sweet
15   Attorneys for Defendant TEGSCO, LLC

16   Dated: March 10, 2009

17   OFFICE OF THE CITY ATTORNEY
    DENNIS J. HERRERA
18   JOANNE HOEPER
    MEREDITH B. OSBORN
19

    By: /s/
20   Meredith B. Osborn
    Attorneys for Defendants CITY AND COUNTY OF
21   SAN FRANCISCO, CHIEF HEATHER FONG, SGT
    CHING, and OFFICERS KWAN, LAVIN and
22   MCDONALD

23   PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the case
24   management conference scheduled for March 17, 2009 is continued to
25   ___April 14, 2009_____ at _10:00_ a.m./~~p.m.~~
26   Dated: ___March 11, 2009____
27
    HONORABLE ELIZABETH D. LAPORTE
28   UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Elizabeth D. Laporte, Judge Elizabeth D. Laporte*