IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOB KAUFMAN,

        Plaintiff,

  v.

CITY OF SAN FRANCISCO, et al.,

        Defendants.
                                        /

No. C-08-03755 EDL

**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE**

      On April 14, 2009, the Court held a further case management conference in this case. As stated at the conference, the Court orders that:

1. At this time, discovery is stayed with respect to issues relating to the liability of the City and County of San Francisco under <u>Monell v. Department of Social Servs.</u>, 436 U.S. 658 (1978). All parties should proceed with discovery relating specifically to Plaintiff's towing incidents.

2. A further case management conference is scheduled for May 26, 2009 at 10:00 a.m. A joint further case management conference statement shall be filed no later than May 19, 2009.

3. This matter is referred for a follow-up settlement conference with Judge Larson to be scheduled at his earliest convenience.

     **IT IS SO ORDERED.**

Dated: April 14, 2009

                                                *Elizabeth D. Laporte*
                                                ELIZABETH D. LAPORTE
                                               United States Magistrate Judge

United States District Court
For the Northern District of California