IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOB KAUFMAN,

        Plaintiff,

v.

CITY OF SAN FRANCISCO, et al.,

        Defendants.

No. C-08-03755 EDL

**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE**

On July 9, 2009, the Court held a further case management conference in this case. As stated at the conference, the Court orders that:

1. Defendants shall provide to Plaintiff a declaration of Amy Molloy regarding her handling of paperwork involving tows, including her general routine in handling tow proceedings, the efforts she made to locate paperwork for the three tows at issue in this case and whether those efforts were successful, and what other role, if any, she had in the tows at issue in this case. Defendants shall provide this declaration no later than July 30, 2009. The non-<u>Monell</u> fact discovery cutoff date is extended to August 13, 2009 for the purpose of taking the deposition of Ms. Molloy following receipt of her declaration, should Plaintiff decide to do so. Any deposition is presumptively limited to one hour absent stipulation of the parties or a showing of good cause.

2. The fact discovery cutoff is extended for the purpose of deposing Crystal MacDonald to accommodate her current situation.

**IT IS SO ORDERED.**

Dated: July 10, 2009

                              *Elizabeth D. Laporte*
                              ELIZABETH D. LAPORTE
                              United States Magistrate Judge