IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB KAUFMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C-08-03755 EDL<br><br>**ORDER REQUIRING RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION PURSUANT TO CIVIL LOCAL RULE 7-9(d)** |

On October 27, 2009, Plaintiff filed a motion for reconsideration of the Court's October 19, 2009 Order Denying Plaintiff's Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Motion for Summary Judgment. On November 10, 2009, Defendants filed an objection to Plaintiff's Motion for Reconsideration, arguing that Plaintiff failed to comply with Civil Local Rule 7-9(a), which requires a party to seek leave to file a motion for reconsideration before noticing a motion for reconsideration. On November 10, 2009, Plaintiff filed a Motion for Leave to Have His Motion for Reconsideration Deemed Filed and Set for Hearing.

Pursuant to Civil Local Rule 7-9(d), the Court orders a response to be filed no later than December 10, 2009. No hearing will be held on Plaintiff's Motion for Leave. The December 1, 2009 hearing date for Plaintiffs' Motion for Reconsideration is vacated. If the Court grants leave to file a motion for reconsideration, the Court will set another briefing schedule and hearing date for that motion.

The pretrial conference and trial dates are also vacated. A further case management

conference will be held promptly to set new pretrial conference and trial dates once the Court rules on the Motion for Leave and the Motion for Reconsideration, if any.

**IT IS SO ORDERED.**

Dated: November 13, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge