| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BLAINE I. GREEN (CA SBN 193028)<br>blaine.green@pillsburylaw.com<br>ANA N. DAMONTE (CA SBN 215504)<br>ana.damonte@pillsburylaw.com<br>ROBERT J. NOLAN (CA SBN 235738)<br>robert.nolan@pillsburylaw.com<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br>Attorneys for Plaintiff<br>BOB KAUFMAN | DENNIS J. HERRERA (CA SBN 139669)<br>JOANNE HOEPER (CA SBN 114961)<br>JOSHUA S. WHITE (CA SBN 237223)<br>Fox Plaza<br>1390 Market Street, Sixth Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 554-4259<br>Facsimile: (415) 554-3837<br>Email: joshua.white@sfgov.org<br><br>Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO,<br>CHIEF HEATHER FONG, OFFICER ALEXANDER KWAN, #1539, OFFICER CRYSTAL MCDONALD, #305,<br>OFFICER SUSAN LAVIN, #4197, AND SGT. KYLE CHING, #1133 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB KAUFMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>               Defendants. | Case No. CV 08-3755 EDL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Case Management Conference<br>Date  January 19, 2010<br>Time: 3 p.m.<br><br>Honorable Elizabeth D. Laporte |

Following this Court's December 22, 2009 Order Denying Plaintiff's Motion for Leave to File a Motion for Reconsideration ("December 22, 2009 Order"), Plaintiff's Second Claim for relief is the only claim remaining to be adjudicated in this action. The parties are attempting to resolve the action rather than proceeding to trial on Plaintiff's Second Claim. In the event the action is not resolved, Plaintiff anticipates that he will likely file a motion to dismiss his Second Claim pursuant to Federal Rule of Civil Procedure 41(a)(2) and appeal the other adjudicated claims.

701981509v1

- 1 -

1     The parties request a further case management conference in 60 days to enable the
2  parties to attempt to resolve the matter and to provide Plaintiff time to file a motion to
3  dismiss should he elect to do so.
4     The Court's December 22, 2009 Order required the parties to provide a proposed
5  pre-trial conference date and a trial date. Accordingly, should the Court wish to set dates
6  for the pre-trial conference and trial prior to a further case management conference, the
7  parties propose that a pre-trial conference be set no earlier than April 19, 2010, and a trial
8  be scheduled to commence no earlier than June 21, 2010.

                                    Respectfully submitted,

Dated: January 12, 2010.

                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    BLAINE I. GREEN
                                    ANA N. DAMONTE
                                    ROBERT J. NOLAN
                                    50 Fremont Street
                                    Post Office Box 7880
                                    San Francisco, CA 94120-7880

                                    By:___/s/ *Blaine I. Green*_____
                                            Blaine I. Green
                                    Attorneys for Plaintiff BOB KAUFMAN

Dated: January 12, 2010.

                                    DENNIS J. HERRERA
                                    JOANNE HOEPER
                                    JOSHUA S. WHITE
                                    Fox Plaza
                                    1390 Market Street, Sixth Floor
                                    San Francisco, CA 94102-5408

                                    By:___/s/ *Joshua S. White*_____
                                            Joshua S. White
                                    Attorneys for Defendants
                                    CITY AND COUNTY OF SAN FRANCISCO,
                                    CHIEF HEATHER FONG, OFFICER ALEXANDER
                                    KWAN, #1539, OFFICER CRYSTAL
                                    MCDONALD, #305, OFFICER SUSAN LAVIN,
                                    #4197, AND SGT. KYLE CHING, #1133