IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOB KAUFMAN,

    Plaintiff,

v.

CITY OF SAN FRANCISCO, et al.,

    Defendants.

No. C-08-03755 EDL

**ORDER VACATING HEARING**

Plaintiff's Motion to Dismiss (docket no. 106) is appropriate for decision without oral argument. Therefore, the hearing set for March 16, 2010 is vacated.

**IT IS SO ORDERED.**

Dated: February 26, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge