PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN (CA SBN 193028)
blaine.green@pillsburylaw.com
ROBERT J. NOLAN (CA SBN 235738)
robert.nolan@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiff
BOB KAUFMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB KAUFMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>          Defendants. | Case No. CV 08-3755 EDL<br><br>[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF BOB KAUFMAN TO DISMISS SECOND CLAIM FOR RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) |

On February 9, 2010, Plaintiff Bob Kaufman filed a motion to dismiss his Second Claim for Relief pursuant to Federal Rule of Civil Procedure 41(a)(2).  Having considered the motion, and for good cause shown, IT IS HEREBY ORDERED that plaintiff's motion is GRANTED.  Plaintiff's Second Claim for Relief is dismissed without prejudice.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

702031705v1               - 1 -               Case No. CV 08-3755 EDL