AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Bob Kaufman | ) | |
| | ) | |
| v. | ) | Case No.: CV 08-3755 EDL |
| City and County of San Francisco, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/09/2010__ against __Plaintiff__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 3,717.30 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 3,717.30 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: Joshua S. White, Deputy City Attorney

For: __City and County of San Francisco__          Date: __03/15/2010__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT A

Bob Kaufman v. CCSF, et al.
USDC Northern District of California No. CV-08-3755 EDL

BILL OF COSTS WORKSHEET

EXHIBIT A

Fees of the court reporter for all or any part of the transcript
necessarily obtained for use in the case

| VENDORS | DEPONENTS/TRANSCRIPTS | AMOUNT |
|---|---|---|
| Barkley Court Reporters | Depo: John L. Centurioni 7/1/09 | $354.98 |
| Barkley Court Reporters | Depo: Kyle Ching 7/29/09 | $668.73 |
| Barkley Court Reporters | Depo: Amy Malloy 8/7/09 | $185.29 |
| Barkley Court Reporters | Depo: Crystal McDonald 9/25/09 | $420.95 |
| Hannah Kaufman & Associates | Depo: Bob Kaufman, Volume 1, 3/10/09 | $789.95 |
| Hannah Kaufman & Associates | Depo: Bob Kaufman, Volume 2, 4/22/09 | $341.40 |
| Miller & Company Reporters | Depo: Susan Lavin 6/12/09 | $629.90 |
| Miller & Company Reporters | Depo: Alexander Kwan 6/23/09 | $326.10 |
| **TOTAL** | | **$3,717.30** |

# INVOICE



**BARKLEY** Court Reporters
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 371845 | 7/13/2009 | 284584 |
| **Job Date** | **Case No.** | |
| 7/1/2009 | CV 08-3755 EDL | |
| **Case Name** | | |
| Bob Kaufman v. City & County of San Francisco | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Meredith B. Osborn, Deputy City Attorney
City Attorney's Office - (SF)
1390 Market Street, 5th Flr.
San Francisco, CA 94102

1 CERTIFIED COPY OF TRANSCRIPT OF:
John L. Centurioni

354.98

TOTAL DUE >>> $354.98

FILE #: 090065
OK TO PAY
BY: [signature] 7/16/09
Deputy City Attorney

**Tax ID:** 95-3312349                                                                                  Phone: 415-554-4700   Fax:

*Please detach bottom portion and return with payment.*

Meredith B. Osborn, Deputy City Attorney
City Attorney's Office - (SF)
1390 Market Street, 5th Flr.
San Francisco, CA 94102

Job No.    : 284584          BU ID   : .BCR - SF
Case No.   : CV 08-3755 EDL
Case Name  : Bob Kaufman v. City & County of San Francisco

Invoice No. : 371845          Invoice Date : 7/13/2009
**Total Due** : $ 354.98

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

**PAYMENT WITH CREDIT CARD** — AMEX, MasterCard, VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610
barkley.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 373510 | 8/11/2009 | 286399 |
| Job Date | Case No. | |
| 7/29/2009 | CV 08-3755 EDL | |
| Case Name | | |
| Bob Kaufman v. City & County of San Francisco | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Meredith B. Osborn, Deputy City Attorney
City Attorney's Office - (SF)
1390 Market Street, 5th Flr.
San Francisco, CA 94102

1 CERTIFIED COPY OF TRANSCRIPT OF:
Kyle Ching                                                                                           668.73

                                         TOTAL DUE >>>        $668.73

OK TO PAY
FILE #: 090065
BY: [signature] 8/24/09
Deputy City Attorney   Date

SFPDTOW

**Tax ID:** 95-3312349                                                 Phone: 415-554-4700   Fax:

*Please detach bottom portion and return with payment.*

Meredith B. Osborn, Deputy City Attorney
City Attorney's Office - (SF)
1390 Market Street, 5th Flr.
San Francisco, CA 94102

Job No.      : 286399          BU ID       : .BCR - SF
Case No.     : CV 08-3755 EDL
Case Name    : Bob Kaufman v. City & County of San Francisco

Invoice No.  : 373510          Invoice Date : 8/11/2009
Total Due    : $ 668.73

Remit To: **Barkley Court Reporters**
         **File No 50217**
         **Los Angeles, CA 90074**

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



BARKLEY Court Reporters
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610
barkley.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 374062 | 8/19/2009 | 286921 |
| Job Date | Case No. | |
| 8/7/2009 | CV 08-3755 EDL | |
| Case Name | | |
| Bob Kaufman v. City & County of San Francisco | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Meredith B. Osborn, Deputy City Attorney
City Attorney's Office - (SF)
1390 Market Street, 5th Flr.
San Francisco, CA 94102

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Amy Malloy                                                                185.29

                                            TOTAL DUE  >>>         $185.29

Tax ID: 95-3312349                                   Phone: 415-554-4700    Fax:

*Please detach bottom portion and return with payment.*

Meredith B. Osborn, Deputy City Attorney
City Attorney's Office - (SF)
1390 Market Street, 5th Flr.
San Francisco, CA 94102

Job No.     : 286921            BU ID      : .BCR - SF
Case No.    : CV 08-3755 EDL
Case Name   : Bob Kaufman v. City & County of San Francisco

Invoice No. : 374062            Invoice Date : 8/19/2009
**Total Due** : **$ 185.29**

Remit To: **Barkley Court Reporters**
          **File No 50217**
          **Los Angeles, CA 90074**

**PAYMENT WITH CREDIT CARD**  AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610
barkley.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 376155 | 10/2/2009 | 289286 |
| Job Date | | Case No. |
| 9/25/2009 | | CV 08-3755 EDL |
| Case Name | | |
| Bob Kaufman v. City & County of San Francisco | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Meredith B. Osborn, Deputy City Attorney
City Attorney's Office - (SF)
1390 Market Street, 5th Flr.
San Francisco, CA 94102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Crystal McDonald

                                                                                 420.95

                                             TOTAL DUE >>>      $420.95

FILE #: 090065
OK TO PAY
BY: [signature] Deputy City Attorney  10/6/09

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

Meredith B. Osborn, Deputy City Attorney
City Attorney's Office - (SF)
1390 Market Street, 5th Flr.
San Francisco, CA 94102

Job No.    : 289286        BU ID    : .BCR - SF
Case No.   : CV 08-3755 EDL
Case Name : Bob Kaufman v. City & County of San Francisco

Invoice No. : 376155        Invoice Date : 10/2/2009
**Total Due**  : $ 420.95

Remit To: **Barkley Court Reporters**
          **File No 50217**
          **Los Angeles, CA 90074**

**PAYMENT WITH CREDIT CARD**   AMEX  [MC]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
482 Bright Street
San Francisco, CA 94132-2802
Phone:415-337-2077  Fax:415-337-2073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 131210 | 3/20/2009 | 71312 |
| **Job Date** | **Case No.** | |
| 3/10/2009 | CV083755EDL | |
| **Case Name** | | |
| Bob Kaufman v. CCSF | | |
| **Payment Terms** | | |
| Net 30 | | |

Meredith B. Osborn, D.C.A.
San Francisco City Attorney's Office
1390 Market Street
Fox Plaza - 6th Floor / 7th Floor
San Francisco, CA 94102

ONE COPY OF THE DEPOSITION TRANSCRIPT OF:

| | | |
|---|---|---|
| Bob Kaufman | 204.00 Pages | 489.60 |
| Multi-Media Service Fee | | 25.00 |
| Exhibits | 4.00 Pages | 1.60 |
| Rough Draft E-mail File | 199.00 Pages | 248.75 |
| Handling | | 25.00 |
| | **TOTAL DUE >>>** | **$789.95** |

Thank you for your business. Please return the form below or call us if you would like to pay your bill by credit card.
PLEASE NOTE OUR NEW CONTACT INFORMATION EFFECTIVE 11/21/08.



OK TO PAY  FILE #: 090065  BY: [signature] 6/22/09
OK TO PAY  FILE #: 090065  BY: [signature] 6/23/09
SFPDTOW

**Tax ID:** 94-2963817                          Phone: 415-554-3800  Fax:415-554-3837

*Please detach bottom portion and return with payment.*

Meredith B. Osborn, D.C.A.
San Francisco City Attorney's Office
1390 Market Street
Fox Plaza - 6th Floor / 7th Floor
San Francisco, CA 94102

Job No.    : 71312            BU ID    : 1-MAIN
Case No.   : CV083755EDL
Case Name  : Bob Kaufman v. CCSF

Invoice No. : 131210          Invoice Date : 3/20/2009
**Total Due** : $ 789.95

Remit To: **HANNAH KAUFMAN & ASSOCIATES, INC.**
**Certified Shorthand Reporters**
**482 Bright Street**
**San Francisco, CA 94132-2802**

**PAYMENT WITH CREDIT CARD**                MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
482 Bright Street
San Francisco, CA 94132-2802
Phone:415-337-2077  Fax:415-337-2073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 131623 | 5/6/2009 | 71706 |
| Job Date | Case No. | |
| 4/22/2009 | CV083755EDL | |

| Case Name |
|---|
| Bob Kaufman v. CCSF |

| Payment Terms |
|---|
| Net 30 |

Meredith B. Osborn, D.C.A.
San Francisco City Attorney's Office
1390 Market Street
Fox Plaza - 6th Floor / 7th Floor
San Francisco, CA 94102

THE ORIGINAL AND ONE COPY OF THE DEPOSITION TRANSCRIPT OF:

| | | |
|---|---|---|
| Bob Kaufman, Volume II | | 323.00 |
| Exhibit | 21.00 Pages | 8.40 |
| CD ROM | | 10.00 |
| | **TOTAL DUE >>>** | **$341.40** |

Thank you for your business.  Please return the form below or call us if you would like to pay your bill by credit card.
PLEASE NOTE OUR NEW CONTACT INFORMATION EFFECTIVE 11/21/08.

OK TO PAY
FILE #: 090065
BY: [signature] 5/6/09
Deputy City Attorney

**Tax ID:** 94-2963817

Phone: 415-554-3800  Fax:415-554-3837

*Please detach bottom portion and return with payment.*

---

Meredith B. Osborn, D.C.A.
San Francisco City Attorney's Office
1390 Market Street
Fox Plaza - 6th Floor / 7th Floor
San Francisco, CA 94102

Invoice No.  : 131623
Invoice Date : 5/6/2009
**Total Due**   : **$ 341.40**

Remit To:  **HANNAH KAUFMAN & ASSOCIATES, INC.**
           **Certified Shorthand Reporters**
           **482 Bright Street**
           **San Francisco, CA 94132-2802**

Job No.    : 71706
BU ID      : 1-MAIN
Case No.   : CV083755EDL
Case Name  : Bob Kaufman v. CCSF

Miller & Company Reporters
550 Battery Street
Suite 1420
San Francisco, CA 94111
(415) 956-6405   Fax  (415) 956-0440

Meredith B. Osborn, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 63486 | 06/30/2009 | 02-12472 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/12/2009 | FENNYV | CV08-3755ED |
| **CASE CAPTION** | | |
| Bob Kaufman vs. City and County of San Francisco | | |
| **TERMS** | | |
| PLEASE PAY WITHIN 30 DAYS | | |

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Susan Lavin                                                              629.90

                                      TOTAL    DUE  >>>>                     629.90

WE THANK YOU FOR YOUR PROMPT PAYMENT!
If invoice is not paid within 30 days, interest of 10% per year may be added.
```

TAX ID NO.:  20-8450119                                         (415) 554-3800   Fax  554-3837

*Please detach bottom portion and return with payment.*

Meredith B. Osborn, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

OK TO PAY
FILE #: 090065
BY: [signature] 9/8/09
SFPDTOW

Invoice No.: 63486
Date       : 06/30/2009
**TOTAL DUE** : **629.90**

Job No.   : 02-12472
Case No.  : CV08-3755EDL
Bob Kaufman vs. City and County of S

Remit To:   Miller & Company Reporters
            880 Apollo Street, Suite 222
            El Segundo, California 90245

Miller & Company Reporters
550 Battery Street
Suite 1420
San Francisco, CA 94111
(415) 956-6405   Fax  (415) 956-0440



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 63504 | 07/08/2009 | 02-12482 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/23/2009 | FENNYV | CV08-3755ED |
| | **CASE CAPTION** | |
| Bob Kaufman vs. City and County of San Francisco | | |
| | **TERMS** | |
| PLEASE PAY WITHIN 30 DAYS | | |

Meredith B. Osborn, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Alexander Kwan                                                326.10

                              TOTAL  DUE  >>>>                    326.10

WE THANK YOU FOR YOUR PROMPT PAYMENT!
If invoice is not paid within 30 days, interest of 10% per year may be added.
```

OK TO PAY
FILE #: 090265
BY: _____ 7/10/09

TAX ID NO.: 20-8450119                              (415) 554-3800    Fax  554-3837

*Please detach bottom portion and return with payment.*

---

Meredith B. Osborn, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

Invoice No.: 63504
Date       : 07/08/2009
**TOTAL DUE** :    326.10


Job No.   : 02-12482
Case No.  : CV08-3755EDL
Bob Kaufman vs. City and County of S

Remit To:  Miller & Company Reporters
           880 Apollo Street, Suite 222
           El Segundo, California 90245

# EXHIBIT B

1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BLAINE I. GREEN (CA SBN 193028)
2  blaine.green@pillsburylaw.com
   ROBERT J. NOLAN (CA SBN 235738)
3  robert.nolan@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Plaintiff
7  BOB KAUFMAN

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOB KAUFMAN,                    )   Case No. CV 08-3755 EDL
                                    )
12              Plaintiff,          )   [PROPOSED] JUDGMENT
                                    )
13       vs.                        )
                                    )
14  CITY AND COUNTY OF SAN          )
    FRANCISCO, et al.,              )
15                                  )
                Defendants.         )
16  _____)

17       On October 19, 2009, the Court granted summary judgment in favor of defendants

18  on plaintiff's First, Third, Fourth, Fifth and Sixth Claims for Relief. On December 22,

19  2009, the Court issued an order denying plaintiff's motion for leave to file a motion for

20  reconsideration. On _March 9___, 2010, the Court dismissed plaintiff's Second Claim for

21  Relief without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). All claims

22  having been finally adjudicated, IT IS HEREBY ORDERED that judgment is entered in

23  favor defendants and against plaintiff.

24       IT IS SO ORDERED.

25       Dated:  March 9, 2010            *Elizabeth D. Laporte* (signature)
                                          _____
26                                        HON. ELIZABETH D. LAPORTE
27                                        UNITED STATES MAGISTRATE JUDGE

28
    702031706v1                  - 1 -              Case No. CV 08-3755 EDL

```
1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BLAINE I. GREEN (CA SBN 193028)
2  blaine.green@pillsburylaw.com
   ROBERT J. NOLAN (CA SBN 235738)
3  robert.nolan@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Plaintiff
7  BOB KAUFMAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB KAUFMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. CV 08-3755 EDL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF PLAINTIFF BOB KAUFMAN TO DISMISS SECOND CLAIM FOR RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) |

On February 9, 2010, Plaintiff Bob Kaufman filed a motion to dismiss his Second Claim for Relief pursuant to Federal Rule of Civil Procedure 41(a)(2). Having considered the motion, and for good cause shown, IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. Plaintiff's Second Claim for Relief is dismissed without prejudice.

IT IS SO ORDERED.

Dated: March 9, 2010

*/s/ Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE